2024R00357/TAC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Magistrate No. 24-13083 |
| | : | |
| FLAVIO BLADIMIR ASTETE CASTILLO, | : | **CRIMINAL COMPLAINT** |
|    a/k/a "Sergio Nicolas Ponce Castro," | : | |
| DAREYEN MAURICIO CORTES-CANETE, | : | |
| LUIS ESTEBAN CASTILLO VIVAR, | : | **FILED UNDER SEAL** |
|    a/k/a "Santino Esteban Garcia Martinez," | : | |
| MAX VIDAL NAVARRETE, | : | |
|    a/k/a Marcos Antonio Sangueza Almonazi," | : | |
| JORDÁN ESTEFANO CONTRERAS VILCHES, | : | |
|    a/k/a "Victor Manuel Contreras," and | : | |
| JUAN JOSE RAMIREZ NILO, | : | |
|    a/k/a "Esteban Henriquez Lopez Lopez" | : | |
| | : | |

I, Jimena Noonan, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*Jimena Noonan / TAC*
Jimena Noonan, Special Agent
Federal Bureau of Investigation

Special Agent Jimena Noonan attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A) on this 17th day of May, 2024.

*Leda Dunn Wettre / TAC*
Hon. Leda Dunn Wettre
United States Magistrate Judge

# ATTACHMENT A

## Count One
### (Conspiracy to Sell and Receive Stolen Property)

Between on or about March 28, 2024 and on or about April 19, 2024, in Hudson County, in the District of New Jersey, and elsewhere, defendants,

**FLAVIO BLADIMIR ASTETE CASTILLO,**
a/k/a "Sergio Nicolas Ponce Castro,"

**DAREYEN MAURICIO CORTES-CANETE,**

**LUIS ESTEBAN CASTILLO VIVAR,**
a/k/a "Santino Esteban Garcia Martinez,"

**MAX VIDAL NAVARRETE,**
a/k/a "Marcos Antonio Sangueza Almonazi,"

**JORDÁN ESTEFANO CONTRERAS VILCHES,**
a/k/a "Victor Manuel Contreras," and

**JUAN JOSE RAMIREZ NILO,**
a/k/a "Esteban Henriquez Lopez Lopez,"

knowingly and intentionally conspired with each other and others to receive, possess, conceal, store, barter, sell, and dispose of any goods, wares, merchandise, securities, and money, of the value of $5,000 or more, which had crossed a State or United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, contrary to Title 18, United States Code, Section 2315.

In violation of Title 18, United States Code, Section 371.

## Count Two
### (Receipt of Stolen Property)

On or about April 19, 2024, in Hudson County, in the District of New Jersey, and elsewhere, defendants,

**FLAVIO BLADIMIR ASTETE CASTILLO,**
a/k/a "Sergio Nicolas Ponce Castro,"

**DAREYEN MAURICIO CORTES-CANETE,**

**LUIS ESTEBAN CASTILLO VIVAR,**
a/k/a "Santino Esteban Garcia Martinez,"

**MAX VIDAL NAVARRETE,**
a/k/a "Marcos Antonio Sangueza Almonazi,"

**JORDÁN ESTEFANO CONTRERAS VILCHES,**
a/k/a "Victor Manuel Contreras," and

**JUAN JOSE RAMIREZ NILO,**
a/k/a "Esteban Henriquez Lopez Lopez,"

knowingly and intentionally received, possessed, concealed, stored, bartered, sold, and disposed of goods, wares, merchandise, securities, and money, of the value of $5,000 or more, which had crossed a State or United States boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Sections 2315 and 2.

## ATTACHMENT B

I, Jimena Noonan, am a Special Agent of the Federal Bureau of Investigation ("FBI"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including video surveillance, records, and other documents. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.  Federal, state, and local law enforcement authorities have been investigating multiple residential burglaries that have occurred between in or around March 2024 and April 2024 in multiple states, including Maryland, Pennsylvania, New Jersey, and New York. Investigation by law enforcement revealed that six individuals, identified as Chilean nationals named Flavio Bladimir Astete Castillo ("Castillo"), Dareyen Mauricio Cortes-Canete ("Cortes-Canete"), Luis Esteban Castillo Vivar ("Vivar"), Max Vidal Navarrete ("Navarette"), Jordán Estefano Contreras Vilches ("Vilches"), and Juan Jose Ramirez Nilo ("Nilo") (collectively, "the Defendants"), conspired to possess items stolen from these burglaries that had crossed State boundaries, specifically including items from the burglaries described below.

2.  On or about March 28, 2024, at approximately 9:55 p.m., law enforcement responded to a burglary (the "Westchester Burglary") at a residence located in Westchester County, New York (the "Westchester Residence"). Investigation by law enforcement later revealed that the Defendants possessed and conspired to possess items stolen from the Westchester Residence, such as pearl necklaces, diamond earrings, gold and silver rings, and other jewelry valued in excess of $5,000 (the "Stolen Westchester Items") in New Jersey.

3.  On or about April 19, 2024, at approximately 9:15 a.m., law enforcement responded to another burglary (the "Baltimore Burglary") at a residence located in Baltimore County, Maryland (the "Baltimore Residence"). Investigation by law enforcement later revealed that the Defendants possessed and conspired to possess items stolen from the Baltimore Residence, such as a collection of valuable cufflinks and a security safe measuring approximately 20 inches by 20 inches that contained a collection of rare coins, among other items valued in excess of $5,000 (the "Stolen Baltimore Items") in New Jersey.

4. After the Westchester Burglary, law enforcement identified a black Kia Forte bearing California registration license plate number 9GMK399 (the "Kia Forte") as a vehicle of interest in the burglary.

5. On or about March 28, 2024—the day of the Westchester Burglary—automatic license plate recognition systems installed near roadways in Westchester County, New York, detected a black automobile with the same registration (*i.e.* 9GMK399) as the Kia Forte traveling in the direction of the Westchester Residence at approximately 7:10 p.m., in the vicinity of the Westchester Residence at 7:40 p.m., and traveling away from the Westchester Residence at 8:44 p.m.

6. On or about April 15, 2024, law enforcement located the Kia Forte in Jersey City, New Jersey and observed two men parking the automobile, exiting it, and entering a residential apartment building at 266 Erie Street, Jersey City, New Jersey (the "Jersey City Apartment Building") during the late-night hours of April 15, 2024 and the early morning hours of April 16, 2024.

7. Surveillance video from a security camera located on 15th Street, which is immediately adjacent to and around the corner from the Jersey City Apartment Building, showed Navarette parking the Kia Forte on or about April 19, 2024 at approximately 1:27 a.m. and walking in the direction of the Jersey City Apartment.

8. Surveillance video from security cameras located in the public stairways and entranceway of the Jersey City Apartment Building shows that on or about April 19, 2024, between approximately 1:24 a.m. and 1:31 a.m., at approximately the same time that Navarette is parking the Kia Forte, Castillo, Cortes-Canete, Vivar, Vilches, and Nilo, can be seen moving a heavy security safe up the stairs. While they are moving the safe, Nilo uses a mop to cover a security camera located in the stairway, and Cortes-Canete covers the safe with a blanket. Navarette then follows the other Defendants up the stairs. Screenshots from the surveillance video are depicted below.

 

9. On or about April 19, 2024, at approximately 9:56 a.m., surveillance video from the security camera located on 15th Street shows Vivar unlocking the Kia Forte and driving it around the corner toward the Jersey City Apartment Building.

10. A few minutes later, at approximately 10:00 a.m., surveillance video shows Nilo and Vilches moving the heavy safe, covered in a blanket, down the stairs and exiting the Jersey City Apartment Building. Vivar, Nilo, and Vilches then return to the Jersey City Apartment Building together at approximately 10:48 a.m.

11. Between approximately 12:09 p.m. and 12:33 p.m., the Defendants can be seen moving bags, designer luggage, and boxes containing other property down the stairs and exiting the Jersey City Apartment Building, with Vivar assisting in moving the bags from the door of the building toward the street.

12. On or about April 19, 2024, at approximately 4:00 p.m., law enforcement located the Kia Forte parked in a parking garage near the Newport Centre Shopping Mall in Jersey City, New Jersey. Law enforcement responded to the mall and at approximately 4:15 p.m. identified all six of the Defendants together inside a store in the mall. Law enforcement, including personnel from Immigration and Customs Enforcement, Enforcement and Removal Operations, then lawfully detained Castillo, Cortes-Canete, Navarette, Vilches, and Vivar for unrelated pending immigration violations. Nilo was released. Searches incident to the arrest

of the Defendants revealed (a) the key for the Kia Forte on Castillo's person and (b) a silver-chain necklace with an aqua pendant on Cortes-Canete's person, which was later positively identified as among the Stolen Westchester Items by the victims of the Westchester Burglary.

13. After the arrests, law enforcement obtained a search warrant signed by the Honorable Christopher J. Garrenger, Judge of the Superior Court of Hunterdon County, New Jersey authorizing a search of the Kia Forte. The search of the Kia Forte revealed several of the bags, luggage, and boxes that the Subjects had been moving down the stairs and out of the Jersey City Apartment earlier on April 19, 2024. Some of the bags contained Stolen Westchester Items, as positively identified by the victims of the Westchester Burglary, including a distinctive State Champions class ring, several pearl necklaces, rings, a gold chain, and diamond earrings, among other items. Several Stolen Westchester Items were recovered from the same suitcase that also contained Nilo's Chilean passport.

14. The search of the Kia Forte also revealed Stolen Baltimore Items, as positively identified by the victims of the Baltimore Burglary, including luxury timepieces, distinctive cufflinks, and a display case for rare coins labeled with the first name of one of the victims, which the victims had kept in a security safe.

15. The search of the Kia Forte and the bags found inside it also revealed tools which, based on my training and experience, are commonly used to burglarize residences, including at least six pairs of work gloves (without other protective work clothing), face masks and balaclavas, window punches for breaking glass windowpanes, a handheld radial saw, screwdrivers, and precision cutting tools.